IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BUSINESS LOAN CENTER, L.L.C,** | ) | |
| | ) | |
| Plaintiff, | ) | In Admiralty |
| | ) | |
| v. | ) | Civil Action No. 05-0085-CG-C |
| | ) | |
| **F/V SEA DOLLAR, in rem,** | ) | |
| | ) | |
| Defendant. | ) | |

## DECREE CONFIRMING SALE

This matter is before the court on the plaintiff's motion to confirm sale and to release vessel filed on May 17, 2005. (Doc. 18) It appearing that the sale of the vessel F/V SEA DOLLAR on May 11, 2005, at public outcry for the sum of Twenty Thousand and 00/100 ($20,000.00) Dollars via credit bid to Business Loan Center L.L.C., and there having been no written objections filed within five (5) business days of the date of the sale;

The plaintiff's motion is **GRANTED**, and it is, therefore, **ORDERED, ADJUDGED** and **DECREED** that sale of the vessel F/V SEA DOLLAR as set out above is hereby **CONFIRMED**. The court notes that the United States Marshal for the Southern District of Alabama executed a Bill of Sale on May 20, 2005, (Doc. 18), conveying all right, title and interest in and to the F/V SEA DOLLAR, her engines, tackle, appurtenances, etc. to Business Loan Center, L.L.C. or to its nominee, free and clear of all liens, mortgages or other encumbrances.

IT IS FURTHER **ORDERED** that the F/V SEA DOLLAR, official Number 910263, be and the same is hereby release from seizure, and that the court appointed, substitute custodian, Gazzier Shipyard,

Inc. deliver possession of the F/V SEA DOLLAR to Business Loan Center, L.L.C. or its successor in title, as may be appropriate.

**DONE and ORDERED** this 19th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF U.S. DISTRICT JUDGE